# United States Court of Appeals
## For the First Circuit

No. 22-1545

WAYNE P. SAYA, SR.,

Plaintiff - Appellant,

v.

JAMES W. DONCHESS, in his official capacity as Mayor of the City of Nashua, NH; LORI WILSHIRE, in her official capacity as President of the Nashua, NH Board of Alderman; ANGELA CONSENTINO, individually and as third-party contractor Epidemiologist for the City of Nashua, NH, Division of Public Health and Community Services,

Defendants - Appellees,

CHRISTOPHER T. SUNUNU, in his official capacity as Honorable Governor of the State of NH; LORI SHIBINETTE, in her official capacity as Commissioner of the NH Department of Health and Human Services; BENJAMIN P. CHAN, MD, MPH, individually and in his official capacity as State Epidemiologist and Medical Doctor for the State of NH,

Defendants.

**MANDATE**

Entered: September 1, 2023

In accordance with the judgment of July 12, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Steven A. Bolton
Samuel R. V. Garland
Wayne P. Saya Sr.